UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYKEISHA CAMPBELL,

        Plaintiff,

v.                                       Case No. 23-12386
                                          Honorable Linda V. Parker

SPIRIT AIRLINES, INC., et al.,

        Defendant.
_____/

## ORDER STRIKING STIPULATION OF DISMISSAL (ECF No. 18)

On July 18, 2024, Defendant's counsel filed a Stipulation and Order of Dismissal [ECF No. 18]. Pursuant to the E.D. Mich. Local Electronic Case Filing (ECF) Rule 12(a), a proposed stipulation and order must be submitted as a Word document to the judge to whom the case is assigned, via the link located under the Utilities section of the ECF system. The stipulation at issue is not in compliance with the rule.

**IT IS ORDERED** that the Stipulation and Order of Dismissal [ECF No. 18] is **STRICKEN**.

                                                            s/ Linda V. Parker
                                                            LINDA V. PARKER
                                                            U.S. DISTRICT JUDGE

Dated: July 18, 2024